UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HOWARD COHAN,

    Plaintiff,

                          CASE NO.: 1:24-cv-22854-JB

vs.

MORNING JOE DOWNTOWN DADELAND, LLC
a Florida Limited Liability Company
d/b/a CREMA GOURMET ESPRESSO BAR

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, MORNING JOE DOWNTOWN DADELAND, LLC, a Florida Limited Liability Company, d/b/a CREMA GOURMET ESPRESSO BAR, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against MORNING JOE DOWNTOWN DADELAND, LLC, a Florida Limited Liability Company, d/b/a CREMA GOURMET ESPRESSO BAR; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

    RESPECTFULLY SUBMITTED October 25, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

By: **Maria L. Larrabure**
Maria L. Larrabure, Esq.
3105 NW 107th Avenue, Suite 103
Doral, Florida 33172
Office: (305) 436-0410
Office Fax: (813) 492-8840
Email: mlarrabure@svlawus.com
Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                       **/s/ Gregory S. Sconzo**
                                                      **Gregory S. Sconzo, Esq.**