UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-22854-JB

HOWARD COHAN,

       Plaintiff,

v.

MORNING JOE DOWNTOWN
DADELAND, LLC,

       Defendant.
_____/

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal with Prejudice filed by the parties in ECF No. [9], in which Plaintiff voluntarily dismisses this action with prejudice. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 25th day of October, 2024.

                                                            _____
                                                            JACQUELINE BECERRA
                                                            UNITED STATES DISTRICT JUDGE